Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jprupas@swlaw.com

*Attorneys for Defendant*
*Boost Mobile, LLC*



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 13 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA LOU LYNCH ESCALANTE,<br><br>Plaintiff,<br><br>vs.<br><br>BARRETT/GRIDER SETTLEMENT PLAN ADMINISTRATOR/IN THE STATE OF CALIFORNIA, DEPARTMENT OF MOTOR VEHICLE/OFFICER OF CONTRACTED OFFICERS:<br>    STATE OF LOUISIANA, Department or Office of Motor Vehicle,<br>    STATE OF NEVADA, Department of Motor Vehicle,<br>    STATE OF NEVADA, Reno Justice Court, District of Nevada – Reno,<br>    STATE OF CALIFORNIA, Superior Court in and for the County of Yolo,<br>    Immigration & Naturalization Services, California Service Center<br>    Credit Bureaus<br>    J. P. Morgan Chase Bank<br>    AT&T<br>    Department of Health and Hospitals<br>    Microsoft Corporation<br>    Spirit Airlines/Wells Fargo Bank<br>    Entergy<br>    Boost Mobile<br>    HULU<br>    Parish Water Company;<br>    and others<br>                              Defendants. | Case No. 3:18-cv-00370-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BOOST MOBILE, LLC TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Barbara Escalante and Defendant Boost Mobile, LLC erroneously sued herein as Boost Mobile, that the time allowed for Boost Mobile, LLC to respond to Plaintiff's Complaint shall be extended up to and including November 27, 2018.  The Answer is currently due November 9, 2018.

Although Plaintiff filed the Complaint on August 7, 2018, Boost Mobile, LLC was not served until October 19, 2018.

This is the first request to extend the time.

DATED this 9th day of November, 2018.

By:   /s/ Barbara L. Escalante
     Barbara L. Escalante
     7319 Northampton Drive
     Baton Rouge, Louisiana 70811
     *Plaintiff*

DATED this 9th day of November, 2018.

SNELL & WILMER L.L.P.

By:   /s/ Janine C. Prupas
     Janine C. Prupas, No. 9156
     50 West Liberty Street, Suite 510
     Reno, Nevada 89501
     *Attorneys for Defendant*
     *Boost Mobile, LLC*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 11/13/2018