___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

NOV 28 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| BARBARA ESCALANTE,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>BARRETT/GRIDER SETTLEMENT<br>PLAN ADMINISTRATOR, et al.,<br><br>　　　　　Defendant(s). | Case #3:18-CV-0370-MMD-CBC<br><br>**VERIFIED PETITION FOR<br>PERMISSION TO PRACTICE<br>IN THIS CASE ONLY BY<br>ATTORNEY NOT ADMITTED<br>TO THE BAR OF THIS COURT<br>AND DESIGNATION OF<br>LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Cori R. Sarno_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____State of California Office of the Attorney General_____
(firm name)

with offices at _____1300 I Street_____,
(street address)

___Sacramento___, ___California___, ___95814___,
(city)        (state)        (zip code)

___(916) 210-6182___, ___Cori.Sarno@doj.ca.gov___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___California Department of Motor Vehicles___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Paid Amt $ 250.00   Date 11/28/18
NVRAO
Receipt # 004375   Initials KW

3. That since ____May 24, 2004____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ____California____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | 5/24/2004 | 230559 |
| USDC - Eastern District of California | 6/21/2004 | |
| US Court of Appeals for the Ninth Circuit | 07/06/2006 | |
| USDC - Northern District of California | 7/9/2008 | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar Association, the Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
                              )
COUNTY OF ___Sacramento___ )

___Cori R. Sarno___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__7th__ day of __November__, __2018__.

___Linda Thorpe___
Notary Public or Clerk of Court

LINDA THORPE
COMM. # 2127503
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm. Exp. OCT. 18, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael Jensen___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___100 North Carson Street___,
(street address)

___Carson City___, ___Nevada___, ___89701-4717___,
(city)            (state)           (zip code)

___(775)684-4603___, ___MJensen@ag.nv.gov___.
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael Jensen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/_____
(party's signature)

Cori R. Sarno, Deputy Attorney General
(type or print party name, title)

_____/s/_____
(party's signature)

Michael Rand, Staff Counsel at California Dept. of Motor Vehicles
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

4642                               MJensen@ag.nv.gov
Bar number                         Email address

APPROVED:

Dated: this __17th__ day of __December__, 20__18__.

_____/s/_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 7, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CORI RAE SARNO, #230559 was admitted to the practice of law in this state by the Supreme Court of California on May 26, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records