UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA ESCALANTE, | 3:18-CV-0370-MMD-CBC |
| Plaintiff, | **MINUTE ORDER** |
| vs. | January 9, 2019 |
| BARRETT/GRIDER SETTLEMENT PLAN ADMINISTRATOR, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>      LISA MANN      </u>   REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                       </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                      </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court are JP Morgan Chase Bank, N.A. and Wells Fargo Bank, N.A.'s motions to stay discovery (ECF No. 33 & 48). No opposition was filed to either motion. Pursuant to LR 7-2(d), the failure to file points and authorities in opposition to any motion . . . constitutes a consent to granting the motion.

In addition to the motions to stay, the court notes that ten motions to dismiss have been filed (ECF Nos. 16, 26, 28, 37, 41, 47, 52, 60, 65, 67), one motion for more definite statement (ECF No. 29), and a notice to dismiss nine defendants pursuant to Fed.R.Civ.P. 4(m) (ECF No. 77) was filed by the Clerk. Therefore,

The motions to stay discovery (ECF Nos. 33 & 48) are **GRANTED**. The court finds that discovery shall be **STAYED** in this case as to all defendants. If any claims or defendants remain after the District Court rules on the motions to dismiss, the parties shall file a discovery plan and scheduling order within twenty days from the District Court's ruling.

   **IT IS SO ORDERED.**

                                        DEBRA K. KEMPI, CLERK

                              By:        /s/                    
                                         Deputy Clerk